UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

GARFIELD LAWSON,

        Petitioner,

Case No. 2:03-CV-202

v.

Hon. Richard Alan Enslen

TIM LUOMA,

**FINAL ORDER**

        Respondent.
_____/

    In accordance with the Opinion of this date;

    **IT IS HEREBY ORDERED** that Petitioner Garfield Lawson's Objections (Dkt. No. 30) are **DENIED**, the Report and Recommendation (Dkt. No. 29) is **ADOPTED as clarified in the Opinion**, and the Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED on the merits** and **DISMISSED WITH PREJUDICE**.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** as to all grounds asserted in the Petition.

                              /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:        RICHARD ALAN ENSLEN
    December 7, 2005          SENIOR UNITED STATES DISTRICT JUDGE